UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLER BUITRAGO SANCHEZ,<br><br>　　　　　　　　　　Petitioner,<br><br>v.<br><br>CHRISTOPHER J. LAROSE, Senior Warden, Otay Mesa Detention Center, San Diego, California; et al.,<br><br>　　　　　　　　　　Respondents. | Case No.:  25-cv-3024-BJC-BLM<br><br>**ORDER SETTING BRIEFING SCHEDULE ON THE WRIT AND PROHIBITING TRANSFER OF PETITIONER**<br><br>**[ECF No. 1, 4]** |

　　　　On November 10, 2025, Cler Buitrago Sanchez ("Petitioner") filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. Petitioner is a native and citizen of Colombia. *Id.* at 7. In December 2023, Petitioner entered the United States without inspection or valid entry documents. *Id.* at 8. Upon entry, she presented herself to U.S. Border Patrol. *Id.* She was briefly detained, issued a Notice to Appear, and released on her own recognizance. *Id.* After her release, Petitioner filed an application for asylum and obtained employment as a delivery driver. *Id.* On October 26, 2025, while delivering a package to Marine Corps Base Camp Pendleton, Petitioner alleges that she was prohibited from leaving the base, questioned extensively, and had her driver's license and

employment authorization document confiscated. *Id.* at 9. Petitioner claims that she was detained on the base for approximately five hours. *Id.* Thereafter, officers from Immigration and Customs Enforcement ("ICE") arrived and arrested her. *Id.* Following her arrest, Petitioner was placed in immigration detention, where she has remained continuously detained since that date. *Id.*

Petitioner now asks the Court to assume jurisdiction over this matter, prohibit Respondents from transferring her outside the jurisdiction of the San Diego Field Office or the Southern District of California while this case is pending, order her immediate release, or, in the alternative, order a constitutionally adequate bond hearing. *Id.* at 30. Finally, Petitioner requests that the Court award costs and reasonable attorney's fees and issue a writ of habeas corpus ordering her release from custody. *Id.*

The Court finds it appropriate to set a briefing schedule and hearing on the petition for a writ of habeas corpus. Additionally, the Court finds a limited stay is necessary to preserve the *status quo* to allow the Court to hold the hearing and provide a reasoned decision on the pending application. *See E-C-R- v. Noem*, No. 3:25-CV-1230-SI, 2025 WL 2300543, at *1 (D. Or. July 16, 2025) (finding an order under the All Writs Act, 28 U.S.C. § 1651, necessary to prevent the arrest, detention or deportation of the plaintiff while the parties litigate the merits of the plaintiff's motion for injunctive relief); *Du v. United States Dep't of Homeland Sec.*, No. 3:25-CV-644 (OAW), 2025 WL 1317944, at *2 (D. Conn. Apr. 24, 2025) (enjoining the defendants, under the All Writs Act, from removing the plaintiffs from the District of Connecticut to preserve the court's jurisdiction).

Based on the foregoing, the Court ORDERS:

1. Respondents shall file a response **no later than December 23, 2025, at 5:00 P.M.**
2. Petitioner may file a traverse **no later than December 30, 2025 at 5:00 P.M.**
3. The parties shall appear before this Court for hearing Petitioner's petition for a writ of habeas corpus order **on January 8, 2025, at 11:00 a.m.**
4. Respondents, their agents, employees, successors, attorneys, and all persons

1  acting in active concert or participation with them are hereby **ENJOINED**
2  from removing Petitioner from the United States or this District pending
3  further order of the Court, to maintain the *status quo* to allow the Court to hold
4  a hearing and provide a reasoned decision to the request at hand.

5  **IT IS SO ORDERED**.

6  Dated:  December 16, 2025

*[Signature]*

Honorable Benjamin J. Cheeks
United States District Judge